# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARISA MAE SCHOMBURG,

    Plaintiff(s),

v.

MARCUS APODACA, et al.,

    Defendant(s).

Case No.: 2:20-cv-00333-RFB-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 9, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.[1]

IT IS SO ORDERED.

Dated: October 26, 2020

                                     Nancy J. Koppe
                                     United States Magistrate Judge

---

[1] The case law is very clear that the pendency of a motion to remand does not automatically stay the parties' discovery obligations. *E.g.*, *Anoruo v. Valley Health Sys., LLC*, 2018 WL 1785866, at *3 (D. Nev. Apr. 13, 2018).