# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARISA MAE SCHOMBURG,

    Plaintiff,

v.

MARCUS APODACA, et al.,

    Defendants.

Case No.: 2:20-cv-00333-RFB-NJK

**ORDER**

[Docket No. 13]

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 13. The presumptively reasonable discovery period is 180 days, measured from the date the first defendant answered or otherwise appeared. LR 26-1(b)(1). Here, the parties seek a discovery period of 180 days from the date they parties filed the instant joint proposed discovery plan, Docket No. 13 at 2. The parties fail, however, to comply with the Court's requirements for special scheduling review.[1] *See* LR 26-1(a).

Accordingly, the parties' joint proposed discovery plan, Docket No. 13, is **DENIED** without prejudice. No later than December 4, 2020, the parties must file a renewed joint proposed discovery plan that complies in full with the Court's Local Rules.

IT IS SO ORDERED.

Dated: November 30, 2020.

                                        Nancy J. Koppe
                                        United States Magistrate Judge

---

[1] As an additional deficiency, the parties' requested dates constitute a discovery period of 270 days, measured from the date of the filing of the joint proposed discovery plan.

1