# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARISA MAE SCHOMBURG,

    Plaintiff,

v.

MARCUS APODACA, et al.,

    Defendants.

Case No.: 2:20-cv-00333-RFB-NJK

**ORDER**

On November 30, 2020, the Court issued an order denying the parties' joint proposed discovery plan. Docket No. 15. The Court ordered the parties to file a renewed joint proposed discovery plan that complies in full with the Court's Local Rules no later than December 4, 2020. *Id.* To date, the parties have failed to comply with the Court's clear order. *See* Docket.

Accordingly, the parties are hereby **ORDERED** to file a renewed joint discovery plan that complies in full with the Court's Local Rules no later than December 9, 2020. Failure to comply with the Court's order may result in sanctions.

IT IS SO ORDERED.

Dated: December 7, 2020.

                                            Nancy J. Koppe
                                            United States Magistrate Judge