KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
ELISA L. WYATT, ESQ.
Nevada Bar No. 13034
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727 1264; FAX (702) 727 1401
karen.bashor@wilsonelser.com
elisa.wyatt@wilsonelser.com
*Attorneys for Defendants Marcus Apodaca
and Aaron's Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARISE MAE SCHOMBURG,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS APODACA; AARON'S INC., a Foreign Corporation; and DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-00333-RFB-NJK<br><br>**STIPULATION TO ENLARGE DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE ISSUE OF LIABILITY [ECF 47]**<br><br>**[SECOND REQUEST]** |

The parties, Defendants, MARCUS APODACA and AARON'S INC., by and through their counsel of record, Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, by Elisa L. Wyatt, Esq. and Plaintiff, ARISA MAE SCHOMBURG by and through her counsel of record, Dimopoulus Injury Law, by Paul A. Shpirt, Esq. hereby submit the following STIPULATION TO ENLARGE DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE ISSUE OF LIABILITY [ECF 47]

1. Plaintiff filed her Motion for Partial Summary Judgment as to the Issue of Liability [ECF 47] on October 31, 2022.

2. Since that time, the parties, attended mediation on November 29, 2022 and are continuing to negotiate settlement.

277520791v.1

3. As a result, the parties have agreed and stipulated to enlarge Defendants' time to respond to Plaintiff's Motion for Partial Summary Judgment as to the Issue of Liability [ECF 47] again to allow time for continued settlement negotiations.

4. Pursuant to the agreement, Defendants' new deadline to oppose or otherwise respond to the Motion for Partial Summary Judgment as to the Issue of Liability [ECF 47] shall be January 6, 2023.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **DIMOPOULUS INJURY LAW** |
| By: */s/ Elisa L. Wyatt* <br> KAREN L. BASHOR, ESQ. <br> Nevada Bar No. 11913 <br> ELISA L. WYATT, ESQ. <br> Nevada Bar No. 13034 <br> 6689 Las Vegas Blvd. South, Suite 200 <br> Las Vegas, NV 89119 <br> (702) 727-1400; FAX (702) 727-1401 <br> karen.bashor@wilsonelser.com <br> elisa.wyatt@wilsonelser.com <br> *Attorneys for Defendants Marcus Apodaca and Aaron's Inc.* | By: */s/ Paul A. Shpirt* <br> PAUL A. SHPIRT, ESQ. <br> Nevada Bar No. 10441 <br> 6671 Las Vegas Blvd. South, Suite 275 <br> Las Vegas, Nevada 89119 <br> (702) 474-0500; FAX (702)-951-8022 <br> ps@stevesimopoulos.com <br> *Attorneys for Plaintiff Arisa Mae Schomburg* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of December, 2022.

277520791v.1