KAREN L. BASHOR, ESQ.
Nevada Bar No. 11913
ELISA L. WYATT, ESQ.
Nevada Bar No. 13034
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727 1264; FAX (702) 727 1401
karen.bashor@wilsonelser.com
elisa.wyatt@wilsonelser.com
*Attorneys for Defendants Marcus Apodaca
and Aaron's Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARISA MAE SCHOMBURG,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARCUS APODACA; AARON'S INC., a Foreign Corporation; and DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive,<br><br>  Defendants. | Case No.:  2:20-cv-00333-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |

Plaintiff Arisa Mae Schomburg, by and through her attorneys of record, Paul A. Shpirt, Esq. of Dimopoulos Injury Law and Defendants Marcus Apodaca and Aaron's Inc., by and through their attorneys of record Karen L. Bashor, Esq. and Elisa L. Wyatt, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against all Defendants, with prejudice, with each party to bear their own attorney's fees, costs and interest.

///

///

///

278928569v.1

This stipulation fully resolves all pending claims.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **DIMOPOULUS INJURY LAW** |
| By: */s/ Elisa L. Wyatt, Esq.*<br>KAREN L. BASHOR, ESQ.<br>Nevada Bar No. 11913<br>ELISA L. WYATT, ESQ.<br>Nevada Bar No. 13034<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>(702) 727-1400; FAX (702) 727-1401<br>karen.bashor@wilsonelser.com<br>elisa.wyatt@wilsonelser.com<br>*Attorneys for Defendants Marcus Apodaca and Aaron's Inc.* | By: */s/ Paul A. Shpirt, Esq.*<br>PAUL A. SHPIRT, ESQ.<br>Nevada Bar No. 10441<br>6671 Las Vegas Blvd. South, Suite 275<br>Las Vegas, Nevada 89119<br>(702) 474-0500; FAX (702)-951-8022<br>ps@stevesimopoulos.com<br>*Attorneys for Plaintiff Arisa Mae Schomburg* |

IT IS SO ORDERED.

Dated this __12th__ day of _____January_____, 2023.

_____
RICHARD E. BOULWARE, II
United States District Court

278928569v.1